```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 25063
   DENNIS D WILLIS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2310


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/22/2008 and was not confirmed.

     The case was dismissed without confirmation 12/01/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------

WELLS FARGO BANK          MORTGAGE NOTI NOT FILED            .00            .00
CITIFINANCIAL MORTGAGE C  CURRENT MORTG       .00            .00            .00
WELLS FARGO BANK NA       CURRENT MORTG       .00            .00            .00
ALABAMA CHILD SUPPORT     DSO ARREARS   NOT FILED            .00            .00
ANDREA SWAIN              NOTICE ONLY   NOT FILED            .00            .00
IL STATE DISBURSEMENT UN  DSO ARREARS   NOT FILED            .00            .00
SHERRYL WILLIS            NOTICE ONLY   NOT FILED            .00            .00
AUNDREA SCHLEIFER         UNSECURED     NOT FILED            .00            .00
JEFFREY M LEVING          UNSECURED     NOT FILED            .00            .00
NADLER PRITIKIN & MIRABE  UNSECURED     NOT FILED            .00            .00
FORD CREDIT               UNSECURED     NOT FILED            .00            .00
ASSET ACCEPTANCE LLC      UNSECURED      12618.35            .00            .00
WELLS FARGO BANK NA       MORTGAGE ARRE  60200.00            .00            .00
CITIFINANCIAL MORTGAGE C  MORTGAGE ARRE    454.00            .00            .00
PRO SE DEBTOR             DEBTOR ATTY        .00                            .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00


         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                       --------------     --------------
TOTALS                       .00                 .00



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 25063 DENNIS D WILLIS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE